IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-09-00161-CR

 

Julio Rosas,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the 54th District Court

McLennan County, Texas

Trial Court No. 2006-1614-C2

 



MEMORANDUM  Opinion










 

            Julio Rosas was convicted of possession
of a controlled substance, cocaine, and sentenced to 18 months in a state jail
facility.  See Tex. Health &
Safety Code Ann. § 481.115(b) (Vernon 2003).  The sentence was suspended
and Rosas was placed on community supervision.  His community supervision was
eventually revoked and Rosas was sentenced to 18 months in a state jail
facility and a $1,000 fine.  Rosas appealed that conviction but has now filed a
Motion to Dismiss Appeal requesting this Court to withdraw the notice of appeal
and dismiss the appeal.  Rosas personally signed the motion to dismiss.

            Accordingly, the appeal is dismissed. 
Tex. R. App. P. 42.2(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Reyna, and

            Justice
Davis

Appeal
dismissed

Opinion
delivered and filed July 22, 2009

Do
not publish

[CR25]